CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA-MCKINLEYVILLE DIVISION

DING, PEIEN, an Individual,

               Plaintiff,

v.

KRISTI NOEM, in her official capacity as,
Secretary of U.S. Department of Homeland
Security, *et al.*,

               Defendants.

Case No. 1:25-cv-11034 RMI

**STIPULATION TO STAY PROCEEDINGS;
[PROPOSED] ORDER**

    The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until July 21, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    Plaintiff filed this mandamus action seeking adjudication of their Form I-589, Application for Asylum and for Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff on March 2, 2026, as scheduled. On Wednesday, November 26, 2025, USCIS placed a hold on all asylum applications, pending a comprehensive review. See https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-

Stip. to Stay Proceedings
Case No. 1:25-cv-11034 RMI               1

PendingApplicationsHighRiskCountries-20251202.pdf (last accessed February 23, 2026). As of the date of this filing, the hold has not been lifted.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until July 21, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: March 19, 2026

Respectfully submitted[i],

CRAIG H. MISSAKIAN
United States Attorney

_/s/ Molly A. Friend_
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: March 19, 2026

DEMIDCHIK LAW FIRM

/s/ Anna Demidchik
ANNA DEMIDCHIK
Attorney for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 23, 2026

HON. ROBERT M. ILLMAN
United States Magistrate Judge

---

[i]  In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

Stip. to Stay Proceedings
Case No. 1:25-cv-11034 RMI                    2