CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA-MCKINLEYVILLE DIVISION

| | |
|---|---|
| DING, PEIEN, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN[1], in his official capacity as Secretary of U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-11034-RMI<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE STAY OF PROCEEDINGS; ~~[PROPOSED]~~ ORDER** |

The parties, through their undersigned attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On March 23, 2026, the Court granted the parties' request to stay proceedings until July 21, 2026, to allow time for the agency to interview and adjudicate Plaintiff's asylum application. See Dkt. 13. United States Citizenship and Immigration Services ("USCIS") conducted Plaintiff's interview on March 2, 2026. Following Plaintiff's interview, USCIS scheduled a follow-up interview for July 17, 2026.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

[1] Markwayne Mullin is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

September 15, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A continued stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: July 15, 2026 Respectfully submitted[2],

,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: July 15, 2026 DEMIDCHIK LAW FIRM

/s/ Anna Demidchik
ANNA DEMIDCHIK
Attorney for Plaintiffs

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 15, 2026

HON. ROBERT M. ILLMAN
United States Magistrate Judge

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.